# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142504

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RETIRED DETROIT POLICE AND FIRE
FIGHTERS ASSOCIATION, INC.,
           Plaintiff-Appellant,

v

SC: 142504
COA: 293998
Wayne CC: 08-116128-CL

DETROIT POLICE OFFICERS ASSOCIATION,
DETROIT POLICE LIEUTENANTS AND
SERGEANTS ASSOCIATION, DETROIT
POLICE COMMAND OFFICERS
ASSOCIATION, DETROIT FIRE FIGHTERS
ASSOCIATION, CITY OF DETROIT, and CITY
OF DETROIT POLICE AND FIRE
RETIREMENT SYSTEM,
           Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the December 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

t0516